THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK PAUL, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of assault in the third degree and imposing sentence, affirmed. No opinion. Nolan, P. J., Johnston, Adel and MacCrate, JJ., concur; Wenzel, J., dissents and votes to reverse and to grant a new trial.

■

ELIZA RUFFIN, as Administratrix of the Estate of AUSTRALIA RUFFIN, Deceased, Respondent, v. C. J. WILLIAMS, INC., et al., Appellants.— In an action to recover damages for alleged wrongful death, and conscious pain and suffering of the deceased, resulting from a collision in which the bicycle of deceased ran into the side of appellants' automobile truck, judgment, entered on the verdict of a jury in favor of plaintiff, reversed on the law and the facts, and a new trial granted, costs to abide the event. The verdict is against the weight of the evidence. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

■

ANN TRZECIESKI et al., Appellants, v. KENT STORES, INC., Respondent, et al., Defendants.— In an action to recover damages for personal injuries and loss of services claimed to have been sustained by reason of the bite of a dog in the store of defendant Kent Stores, Inc., plaintiffs appeal from a judgment dismissing their complaint at the end of plaintiffs' case. Judgment unanimously affirmed, with costs. The evidence would not warrant a finding by a jury that there was a violation by respondent of section 17 of the Sanitary Code of the City of New York, or that the dog was vicious or that respondent had notice of any vicious tendencies and, therefore, failed in its duty to use reasonable care to maintain its store reasonably safe for its customers. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and MacCrate, JJ.

■

THOMAS WICKHAM, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries sustained as the result of a collision between an armored truck and a trolley car, plaintiff appeals from a resettled order which set aside the verdict of a jury in favor of plaintiff as against the weight of the credible evidence, and granted a new trial. Resettled order unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.